956

No. 1251, Misc. GRAVES v. MARYLAND. Court of Appeals of Maryland. Certiorari denied. T. Emmett McKenzie for petitioner.

No. 1253, Misc. NELSON v. GLADDEN, WARDEN. Supreme Court of Oregon. Certiorari denied.

No. 1254, Misc. DAVIS ET AL. v. GOVERNMENT EMPLOYEES INSURANCE CO. ET AL. Supreme Court of Appeals of Virginia. Certiorari denied. Elmer B. Gower for petitioners. Robert J. Dimond for respondents.

No. 1255, Misc. IN RE BRINSON. Supreme Court of California. Certiorari denied.

No. 1256, Misc. HASSETT v. CALIFORNIA. Supreme Court of California. Certiorari denied.

No. 1259, Misc. SCOTT v. UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. Petitioner pro se. Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg and Richard W. Schmude for the United States.

No. 1260, Misc. HARDEN v. CALIFORNIA. C. A. 9th Cir. Certiorari denied.

No. 1264, Misc. GRUBBS v. NEW YORK. Appellate Division of the Supreme Court of New York, Third Judicial Department. Certiorari denied.

No. 1265, Misc. JACKSON v. ILLINOIS. Supreme Court of Illinois. Certiorari denied.

No. 1266, Misc. BROWN v. LaVALLEE, WARDEN. C. A. 2d Cir. Certiorari denied.